## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edison Guiracocha<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Colonial Savings, F.A.<br>　　　　　　Movant<br>　　vs.<br>Edison Guiracocha<br>　　　　　　　　Debtor(s) | NO. 14-15752 REF |
| Frederick L. Reigle, Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 140 North Faust Road, Bethel, PA 19507 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: December 11, 2017**

_____
United States Bankruptcy Judge