United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-15752-ref
Edison Guiracocha                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                  Page 1 of 1                Date Rcvd: Dec 11, 2017
                              Form ID: pdf900            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db             +Edison Guiracocha,    140 N. Faust Road,    Bethel, PA 19507-9785
aty            +GEORGE D. WALKER, JR,    Larry Pitt & Associates,    1918 Pine Street,
                 Philadelphia, PA 19103-6617
cr             +APEX MORTGAGE CORP.,    c/o John Hargrave & Associates,    117 Clements Bridge Road,
                 Barrington, NJ 08007-1803
cr             +Stephen M Otto,    Case, DiGiamberardino & Lutz, P.C.,    845 N. Park Road, Suite 101,
                 Wyomissing, PA 19610-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Emigrant Mortgage Company, Inc.
               cleavell@klehr.com,    nharrison@klehr.com;lclark@klehr.com
              DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;r62202@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edison  Guiracocha NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com
              SCOTT P. SHECTMAN    on behalf of Creditor    Emigrant Mortgage Company, Inc. sshectman@klehr.com,
               Stzirlin@klehr.com
              STEPHEN MCCOY OTTO    on behalf of Creditor Stephen M Otto steve@sottolaw.com,    info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS, F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILBUR H SEITZINGER, JR    on behalf of Creditor Luis  Flores Basso64@earthlink.net,
               wseitzinger@larrypitt.com
                                                                                              TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Edison Guiracocha<br>                    Debtor(s) | CHAPTER 13 |
| Colonial Savings, F.A.<br>                    Movant<br>        vs.<br>Edison Guiracocha<br>                    Debtor(s) | NO. 14-15752 REF |
| Frederick L. Reigle, Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 140 North Faust Road, Bethel, PA 19507 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: December 11, 2017**

_____
United States Bankruptcy Judge