# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| IN RE: | Case No.: 14-15752-ref |
| Edison Guiracocha | Chapter No.: 13 |
| **Debtor** | |

### ORDER VACATING AUTOMATIC STAY

And now, this _____ day of _____, 2018 at Reading, PA upon the Motion of Apex Mortgage Corp. ('Movant'), it is hereby:

**ORDERED** that the Automatic Stay pursuant to §362 is hereby vacated to permit Movant to pursue all applicable non-bankruptcy rights and remedies relating to Movant's mortgage on 230-232 N. 9th Street, Reading, PA 19601.

**Date: May 16, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

| | |
|---|---|
| Frederick L. Reigle | Joseph T. Bambrick, Jr. |
| 2901 St. Lawrence Ave. | 529 Reading Avenue, Suite K |
| PO Box 4010 | Reading, PA 19611 |
| Reading, PA 19606 | |
| | |
| Edison Guiracocha | United States Trustee |
| 140 N. Faust Road | 833 Chestnut Street, Suite 500 |
| Bethel, PA 19507 | Philadelphia, PA 19107 |

1