United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15752-ref
Edison Guiracocha                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1           Date Rcvd: May 16, 2018
                              Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db           +Edison Guiracocha,   140 N. Faust Road,   Bethel, PA 19507-9785
aty          +GEORGE D. WALKER, JR,   Larry Pitt & Associates,   1918 Pine Street,
               Philadelphia, PA 19103-6617
cr           +APEX MORTGAGE CORP.,   c/o John Hargrave & Associates,   117 Clements Bridge Road,
               Barrington, NJ 08007-1803
cr           +Stephen M Otto,   Case, DiGiamberardino & Lutz, P.C.,   845 N. Park Road, Suite 101,
               Wyomissing, PA 19610-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Emigrant Mortgage Company, Inc.
               cleavell@klehr.com,    nharrison@klehr.com;lclark@klehr.com
              DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;r62202@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edison   Guiracocha NO1JTB@juno.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com
              SCOTT P. SHECTMAN    on behalf of Creditor    Emigrant Mortgage Company, Inc. sshectman@klehr.com,
               Stzirlin@klehr.com
              STEPHEN MCCOY OTTO    on behalf of Creditor Stephen M Otto steve@sottolaw.com,    info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS, F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILBUR H SEITZINGER, JR    on behalf of Creditor Luis   Flores Basso64@earthlink.net,
               wseitzinger@larrypitt.com
                                                                                              TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSLYVANIA**

| | |
|---|---|
| IN RE: | Case No.: 14-15752-ref |
| **Edison Guiracocha** | Chapter No.: 13 |
| **Debtor** | |

**ORDER VACATING AUTOMATIC STAY**

And now, this _____ day of _____, 2018 at Reading, PA upon the Motion of Apex Mortgage Corp. ('Movant'), it is hereby:

**ORDERED** that the Automatic Stay pursuant to §362 is hereby vacated to permit Movant to pursue all applicable non-bankruptcy rights and remedies relating to Movant's mortgage on 230-232 N. 9th Street, Reading, PA 19601.

**Date: May 16, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

Frederick L. Reigle
2901 St. Lawrence Ave.
PO Box 4010
Reading, PA 19606

Edison Guiracocha
140 N. Faust Road
Bethel, PA 19507

Joseph T. Bambrick, Jr.
529 Reading Avenue, Suite K
Reading, PA 19611

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

1