UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Edison Guiracocha, | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No: 14-15752 |

## WITHDRAW MOTION TO MODIFY PLAN

The Debtor, Edison Guiracocha, herein withdraws his Motion to Modify plan.

**Respectfully submitted by,**

**Dated:** November 12, 2018    /s/Joseph Bambrick_____
**JOSEPH T. BAMBRICK JR, ESQUIRE**
**ATTORNEY ID 45112**
**ATTORNEY FOR DEBTOR**
**529 READING AVENUE**
**WEST READING PA  19611**
**Phone 610/372-6400 Fax 610/372/9483**