**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **EDISON GUIRACOCHA,** | : | **CHAPTER 13** |
| | : | |
| **Debtors,** | : | **BANKRUPTCY NO: 14-15752** |

## WITHDRAW MOTION TO VACATE

The Debtor, Edison Guiracocha, herein withdraws his Motion to Vacate.

**Respectfully submitted by,**

**Dated:** November 16, 2018          /s/Joseph Bambrick_____
**JOSEPH T. BAMBRICK JR, ESQUIRE**
**ATTORNEY ID 45112**
**ATTORNEY FOR DEBTOR**
**529 READING AVENUE**
**WEST READING PA 19611**
**Phone 610/372-6400 Fax 610/372/9483**