Certificate Number: 12433-PAE-DE-032472233

Bankruptcy Case Number: 14-15752



12433-PAE-DE-032472233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 20, 2019, at 9:27 o'clock AM EDT, Edison Guiracocha completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 20, 2019              By:    /s/Candace Jones

                                    Name:  Candace Jones

                                    Title: Counselor