United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-15752-ref
Edison Guiracocha                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv              Page 1 of 2              Date Rcvd: Apr 11, 2019
                               Form ID: 138NEW        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db         +Edison Guiracocha,    140 N. Faust Road,    Bethel, PA 19507-9785
aty        +GEORGE D. WALKER, JR,    Larry Pitt & Associates,    1918 Pine Street,
             Philadelphia, PA 19103-6617
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr         +APEX MORTGAGE CORP.,    c/o John Hargrave & Associates,    117 Clements Bridge Road,
             Barrington, NJ 08007-1803
cr         +Stephen M Otto,    Case, DiGiamberardino & Lutz, P.C.,    845 N. Park Road, Suite 101,
             Wyomissing, PA 19610-1342
13349839   +Berks County Tax Claim Bureau,    633 Court Street,    Reading, PA 19601-4300
13349841   +Case, DiGiamberardino & Lutz, P.C.,    845 N Park Road, Suite 1010,    Reading, PA 19610-1342
13349843   +Colonial Savings,    2624 West Fwy,   Fort Worth, TX 76102-7177
13437062    Colonial Savings, F.A.,    Attn: Bankruptcy,    2626B West Freeway,    Fort Worth, TX 76102
13436259   +Emigrant Mortgage Company Inc.,    5 East 42nd Street, 10th Floor,    New York, NY 10017-6904
13349844   +Emigrant Savings Bank,    5 E 42nd Street,   New York, NY 10017-6994
13349845   +First Priority Bank,    2 West Liberty Boulevard, Suite 104,    Malvern, PA 19355-1435
13349846   +KML Law Group, P.C,    Suite 500 BNY Mellon Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
13349847   +Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300
13349848   +Larry Pitt & Assoc., P.C.,    1918 Pine Street,    Philadelphia, PA 19103-6698
13349849   +Luis Flores,    3344 Waggoner Way,   Rex, GA 30273-5217
13407059    M&T Bank,    PO BOX 1508,   Buffalo, NY 14240-1508
13349851   +Sears/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
13349852   +St. Joseph Hospital,    2500 Bernville Road,    Reading, PA 19605-9453
13349854   +THD/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2019 02:26:59
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 12 2019 02:27:11     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13349838   +E-mail/Text: pseymour@apexmtg.com Apr 12 2019 02:26:48      Apex Mortgage Corp.,
             1300 Virginia Drive, Suite 400,    Fort Washington, PA 19034-3210
13349840   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 02:26:08      Capital One,
             PO Box 30281,    Salt Lake City, UT 84130-0281
13349842   +E-mail/Text: bankruptcydesk@colonialsavings.com Apr 12 2019 02:27:10     Colonial Savings,
             PO Box 2988,    Fort Worth, TX 76113-2988
13349850    E-mail/Text: camanagement@mtb.com Apr 12 2019 02:26:51     M&T Bank,    PO Box 64679,
             Baltimore, MD 21264-4679
13416834    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 02:25:59
             Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13349853   +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 02:25:56      SYNCB/HH Gregg,    PO Box 965036,
             Orlando, FL 32896-5036
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Apr 11, 2019
                              Form ID: 138NEW        Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
            CHRISTOPHER JOHN LEAVELL     on behalf of Creditor    Emigrant Mortgage Company, Inc.
             cleavell@klehr.com,   lclark@klehr.com
            DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. DanielR@McDowellLegal.com,
             kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
            JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edison   Guiracocha NO1JTB@juno.com
            JOSHUA ISAAC GOLDMAN     on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER     on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com
            SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
            SCOTT P. SHECTMAN     on behalf of Creditor    Emigrant Mortgage Company, Inc.
             sshectman@egalawfirm.com
            STEPHEN MCCOY OTTO     on behalf of Creditor Stephen M Otto steve@sottolaw.com,   info@sottolaw.com,
             no_reply@ecf.inforuptcy.com
            THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS, F.A. tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILBUR H SEITZINGER, JR    on behalf of Creditor Luis   Flores Basso64@earthlink.net,
             wseitzinger@larrypitt.com
                                                                                              TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edison Guiracocha
        Debtor(s)

Bankruptcy No: 14–15752–ref
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/11/19

101 – 99
Form 138_new