United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-15752-ref
Edison Guiracocha                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Apr 11, 2019
                              Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             +Edison Guiracocha,    140 N. Faust Road,    Bethel, PA 19507-9785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
      CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Emigrant Mortgage Company, Inc.
       cleavell@klehr.com,  lclark@klehr.com
      DANIEL L. REINGANUM    on behalf of Creditor    APEX MORTGAGE CORP. DanielR@McDowellLegal.com,
       kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
      JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Edison   Guiracocha NO1JTB@juno.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com
      SCOTT WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
      SCOTT P. SHECTMAN    on behalf of Creditor    Emigrant Mortgage Company, Inc.
       sshectman@egalawfirm.com
      STEPHEN MCCOY OTTO    on behalf of Creditor Stephen M Otto steve@sottolaw.com,   info@sottolaw.com,
       no_reply@ecf.inforuptcy.com
      THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS, F.A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILBUR H SEITZINGER, JR    on behalf of Creditor Luis   Flores Basso64@earthlink.net,
       wseitzinger@larrypitt.com
                                                                                                               TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Edison Guiracocha

Debtor(s)  Case No: 14–15752–ref

___

*ORDER*

AND NOW, 4/11/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Chief Judge ,United States
Bankruptcy Court

100
Form 212